# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3351

_____

JAMES J. STEVENS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 16, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James J. Stevens, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.